December 22, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

THE CITY OF HOUSTON, Appellant

NO. 14-11-00647-CV                    V.

CESAR I. URIBE-MENDOZA AND IVONNE AGUILAR-ANGELES, Appellee

_____

This cause, an appeal from the judgment in favor of appellees, Cesar I. Uribe-Mendoza and Ivonne Aguilar-Angeles, signed July 21, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, The City of Houston, to pay all costs incurred in this appeal. We further order this decision certified below for observance.